**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34348-JS |
| | § | |
| BENEDICTO B BARIN | § | |
| ELSA A BARIN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2012. The undersigned trustee was appointed on 08/29/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $6,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $22.96 |
   | Bank service fees | $393.85 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $5,583.19 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/01/2013 and the deadline for filing government claims was 04/01/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2016                By:    /s/ David R. Herzog
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Date Filed (f) or Converted (c): | 08/29/2012 (f) |
| For the Period Ending: | 3/30/2016 | §341(a) Meeting Date: | 10/22/2012 |
| | | Claims Bar Date: | 04/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 9401 Kolmar Skoke, IL 60076. Valued via Zillow on 8/21/2012. | $335,000.00 | $0.00 | | $0.00 | FA |
| 2 | 01020 N Short Line Wave Inverness Florida. | $14,000.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Checking | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Savings | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Fifth Third Checking Account | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Various used household goods and furnishings | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 7 | Various used books and family pictures | $50.00 | $50.00 | | $0.00 | FA |
| 8 | Various used clothes | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Various used costume jewelry and wedding rings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 10 | Term Life Insurance Policies. Spouses are beneficiaries of the policies | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Chase Traditional IRA | $45,827.00 | $0.00 | | $0.00 | FA |
| 12 | Chase IRA | $12,281.00 | $0.00 | | $0.00 | FA |
| 13 | Chase IRA | $19,065.00 | $0.00 | | $0.00 | FA |
| 14 | Pacific Life IRA | $119,022.00 | $0.00 | | $0.00 | FA |
| 15 | Pacific Life IRA | $123,594.00 | $0.00 | | $0.00 | FA |
| 16 | Wife is 100% shareholder of EABarin Flowers, Inc. d/b/a Blooms at the Mart. The assets of the corporation are 4 checking accounts no money, 36,207 in inventory and equipment. A complete list of both was completed on 8/20/2012 by the wife. The liabilities of the corporation are as follows: Credit Card Debt 98,266, lease payments remaining 209,823 and a/o debt 8,572. Thus the net value of the corporation is <280,454>. | $0.00 | $0.00 | | $0.00 | FA |
| 17 | NBarin Music and Audio Productions, LLC. Husband is the sole shareholder. The assets of the LLC are worth $3,700. There are no liabilities. YTD debtor has not made any income | $3,700.00 | $977.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2                  Exhibit A

| Case No.: | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Date Filed (f) or Converted (c): | 08/29/2012 (f) |
| For the Period Ending: | 3/30/2016 | §341(a) Meeting Date: | 10/22/2012 |
| | | Claims Bar Date: | 04/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 18  Pfiezer Stock 140 shares. Price set on 8/28/12 23.99 | $3,355.00 | $0.00 | | $0.00 | FA |
| 19  Monsanto Stock 34 Shares. Value established via Stock quote 8/28/2012 86.07. | $2,926.00 | $4.00 | | $0.00 | FA |
| 20  Pending 2011 Tax Refund | $6,000.00 | $6,000.00 | | $6,000.00 | FA |
| 21  2006 Toyota Sienna XLE. 80,000 miles. Valuation established via KBB on 8/21/2012 | $12,000.00 | $922.00 | | $0.00 | FA |
| 22  1997 BMW 528I. 150,000 miles. Value established via KBB on 8/21/2012. | $1,773.00 | $0.00 | | $0.00 | FA |
| 23  2001 Volkswagon Golf. 60,000 miles. Valued via KBB 8/21/12 | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 24  Paradise Island Time Share Nassu Island. Valuation below came from similar unit sales | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 25  Cemetary Plots for Debtors located at Memorial Park Cemetery 9900 Gross Point Rd. Skokie IL 60076. Price below is from online listing of a similar plot 8/28/2012. | $15,000.00 | $13,674.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                              **Gross Value of Remaining Assets**

$726,093.00        $33,127.00                    $6,000.00             $0.00

**Major Activities affecting case closing:**
  Contact creditors re filing claims; review claims and/or objections; prepare final reports.

**Initial Projected Date Of Final Report (TFR):**   03/31/2016        **Current Projected Date Of Final Report (TFR):**    /s/ DAVID R. HERZOG

                                                                                                                    DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2012 | (20) | Elsa Barin | Turnover of tax refund | 1124-000 | $6,000.00 | | $6,000.00 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.10 | $5,991.90 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.65 | $5,982.25 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.66 | $5,972.59 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.71 | $5,963.88 |
| 03/28/2013 | 3001 | International Sureties | Bond Payment | 2300-000 | | $10.65 | $5,953.23 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.63 | $5,943.60 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.28 | $5,934.32 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.57 | $5,924.75 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.25 | $5,915.50 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,905.50 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,895.50 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,885.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,875.50 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,865.50 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,855.50 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,845.50 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,835.50 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,825.50 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $5.16 | $5,820.34 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment Reissue Printer Error | 2300-004 | | ($5.16) | $5,825.50 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $5.16 | $5,820.34 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,810.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,800.34 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,790.34 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,780.34 |
| | | | **SUBTOTALS** | | $6,000.00 | $219.66 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,770.34 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,760.34 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,750.34 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,740.34 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,730.34 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,720.34 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,710.34 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $4.12 | $5,706.22 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,696.22 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,686.22 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,676.22 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,666.22 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,656.22 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,646.22 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,636.22 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,626.22 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,616.22 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,606.22 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,596.22 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,586.22 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.03 | $5,583.19 |

| | | | | SUBTOTALS | $0.00 | $197.15 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $6,000.00 | $416.81 | $5,583.19 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $6,000.00 | $416.81 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $6,000.00 | $416.81 | |

**For the period of 8/29/2012 to 3/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $416.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/02/2012 to 3/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $416.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $6,000.00 | $416.81 | $5,583.19 |

**For the period of 8/29/2012 to 3/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $416.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2012 to 3/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $416.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# CLAIM ANALYSIS REPORT

| Case No.: | 12-34348-JS | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | | | | | | | Date: | 3/30/2016 |
| Claims Bar Date: | 04/01/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 06/29/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| 14A | COMERICA BANK<br><br>Martin J. Wasserman/Carlson Dash, LLC<br>216 S. Jefferson St., Suite 504<br>Chicago IL 60661 | 03/01/2016 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $5,207.14 | $5,207.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16a | COMERICA BANK | 03/01/2016 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $5,207.14 | $5,207.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 01/03/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,551.52 | $6,551.52 | $0.00 | $0.00 | $0.00 | $6,551.52 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 01/09/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,235.24 | $13,235.24 | $0.00 | $0.00 | $0.00 | $13,235.24 |
| 3 | FIFTH THIRD BANK<br><br>9441 LBJ Freeway, Suite 350<br>Tex as 75243 | 01/11/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,430.10 | $5,430.10 | $0.00 | $0.00 | $0.00 | $5,430.10 |

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| Case No. | 12-34348-JS | | Trustee Name: | David R. Herzog |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | | Date: | 3/30/2016 |
| Claims Bar Date: | 04/01/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | FIFTH THIRD BANK  9441 LBJ Freeway, Suite 350  Tex as 75243 | 01/11/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,362.07 | $1,362.07 | $0.00 | $0.00 | $0.00 | $1,362.07 |
| 5 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 01/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,859.84 | $11,859.84 | $0.00 | $0.00 | $0.00 | $11,859.84 |
| 6 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 01/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,121.99 | $17,121.99 | $0.00 | $0.00 | $0.00 | $17,121.99 |
| 7 | NELNET ON BEHALF OF THE U.S. DEPT. OF ED  3015 South Parker Road, Suite 400  Aurora CO 80014 | 01/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,105.95 | $11,105.95 | $0.00 | $0.00 | $0.00 | $11,105.95 |

**Claim Notes:** (7-1) Student Loan Obligation

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CAPITAL RECOVERY V, LLC  c/o Recovery Management Systems Corporat  25 SE 2nd Avenue Suite 1120  Miami FL 33131-1605 | 02/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,785.29 | $5,785.29 | $0.00 | $0.00 | $0.00 | $5,785.29 |
| 9 | GE CAPITAL RETAIL BANK  c/o Recovery Management Systems Corp  25 SE 2nd Ave Suite 1120  Miami FL 33131-1605 | 02/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $235.00 | $235.00 | $0.00 | $0.00 | $0.00 | $235.00 |
| 10 | SALLIE MAE  c/o Sallie Mae Inc.  220 Lasley Ave.  Barre PA 18706 | 02/15/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $36,571.85 | $36,571.85 | $0.00 | $0.00 | $0.00 | $36,571.85 |

Page No: 3     Exhibit C

CLAIM ANALYSIS REPORT

| Case No. | 12-34348-JS | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | | | | | | | | Date: | 3/30/2016 |
| Claims Bar Date: | 04/01/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,468.29 | $5,468.29 | $0.00 | $0.00 | $0.00 | $5,468.29 |
| Claim Notes: | (11-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 12 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $41,316.79 | $41,316.79 | $0.00 | $0.00 | $0.00 | $41,316.79 |
| Claim Notes: | (12-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 13 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | 03/13/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,011.24 | $2,011.24 | $0.00 | $0.00 | $0.00 | $2,011.24 |
| Claim Notes: | (13-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 14 | COMERICA BANK<br>Martin J. Wasserman/Carlson Dash, LLC<br>216 S. Jefferson St., Suite 504<br>Chicago IL 60661 | 03/25/2013 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $106,303.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14B | COMERICA | 03/30/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $53,000.00 | $53,000.00 | $53,000.00 | $0.00 | $0.00 | $0.00 | $53,000.00 |
| 15 | FTD<br>3113 Woodcreek Dr.<br>Downers Grove IL 60515 | 03/28/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,092.23 | $7,092.23 | $0.00 | $0.00 | $0.00 | $7,092.23 |
| 16b | COMERICA BANK | 03/01/2016 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $53,000.00 | $53,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $389,215.04 | $219,497.40 | $0.00 | $0.00 | $0.00 | $0.00 | $219,497.40 |

CLAIM ANALYSIS REPORT

Page No: 4    Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-34348-JS | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | BARIN, BENEDICTO B AND BARIN, ELSA A | | **Date:** | 3/30/2016 |
| **Claims Bar Date:** | 04/01/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $377,450.76 | $218,147.40 | $0.00 | $0.00 | $0.00 | $218,147.40 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $10,414.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-34348-JS
Case Name: BENEDICTO B BARIN
ELSA A BARIN
Trustee Name: David R. Herzog

Balance on hand: $5,583.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 14A | Comerica Bank | $5,207.14 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $5,583.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |

Total to be paid for chapter 7 administrative expenses: $1,350.00
Remaining balance: $4,233.19

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,233.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $4,233.19 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $218,147.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,551.52 | $0.00 | $127.14 |
| 2 | PYOD, LLC its successors and assigns as assignee | $13,235.24 | $0.00 | $256.84 |
| 3 | Fifth Third Bank | $5,430.10 | $0.00 | $105.37 |
| 4 | Fifth Third Bank | $1,362.07 | $0.00 | $26.43 |
| 5 | Capital One Bank (USA), N.A. | $11,859.84 | $0.00 | $230.14 |
| 6 | Capital One Bank (USA), N.A. | $17,121.99 | $0.00 | $332.26 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | $11,105.95 | $0.00 | $215.51 |
| 8 | Capital Recovery V, LLC | $5,785.29 | $0.00 | $112.26 |
| 9 | GE Capital Retail Bank | $235.00 | $0.00 | $4.56 |
| 10 | Sallie Mae | $36,571.85 | $0.00 | $709.68 |
| 11 | American Express Bank, FSB | $5,468.29 | $0.00 | $106.11 |
| 12 | American Express Bank, FSB | $41,316.79 | $0.00 | $801.76 |
| 13 | eCAST Settlement Corporation, assignee | $2,011.24 | $0.00 | $39.03 |
| 14 | Comerica Bank | $0.00 | $0.00 | $0.00 |
| 14B | Comerica | $53,000.00 | $0.00 | $1,028.47 |
| 15 | FTD | $7,092.23 | $0.00 | $137.63 |

|  | Total to be paid to timely general unsecured claims: | $4,233.19 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

    Total to be paid to tardily filed general unsecured claims: $0.00
    Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

    Total to be paid for subordinated claims: $0.00
    Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**