**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BENEDICTO AND ELSA BARIN, | ) | Case No. 12-34348 |
| | ) | |
| | ) | Hon. Jack Schmetter |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**<u>AND DEADLINE TO OBJECT (NFR)</u>**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on May 31, 2016 at 10:30 a.m., before the Honorable Jack B. Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____      By: _/s/    David R. Herzog_____
                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34348-JS |
| | § | |
| BENEDICTO B BARIN | § | |
| ELSA A BARIN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,000.00
*and approved disbursements of*     $416.81
*leaving a balance on hand of*[1] *:*     $5,583.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 14A | Comerica Bank | $5,207.14 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,583.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |

Total to be paid for chapter 7 administrative expenses:     $1,350.00
Remaining balance:     $4,233.19

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $4,233.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $4,233.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $218,147.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $6,551.52 | $0.00 | $127.14 |
| 2 | PYOD, LLC its successors and assigns as assignee | $13,235.24 | $0.00 | $256.84 |
| 3 | Fifth Third Bank | $5,430.10 | $0.00 | $105.37 |
| 4 | Fifth Third Bank | $1,362.07 | $0.00 | $26.43 |
| 5 | Capital One Bank (USA), N.A. | $11,859.84 | $0.00 | $230.14 |
| 6 | Capital One Bank (USA), N.A. | $17,121.99 | $0.00 | $332.26 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | $11,105.95 | $0.00 | $215.51 |
| 8 | Capital Recovery V, LLC | $5,785.29 | $0.00 | $112.26 |
| 9 | GE Capital Retail Bank | $235.00 | $0.00 | $4.56 |
| 10 | Sallie Mae | $36,571.85 | $0.00 | $709.68 |
| 11 | American Express Bank, FSB | $5,468.29 | $0.00 | $106.11 |
| 12 | American Express Bank, FSB | $41,316.79 | $0.00 | $801.76 |
| 13 | eCAST Settlement Corporation, assignee | $2,011.24 | $0.00 | $39.03 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 14 | Comerica Bank | $0.00 | $0.00 | $0.00 |
| 14B | Comerica | $53,000.00 | $0.00 | $1,028.47 |
| 15 | FTD | $7,092.23 | $0.00 | $137.63 |

Total to be paid to timely general unsecured claims:     $4,233.19
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ David R. Herzog
                Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-34348-JBS
Benedicto B Barin                                                       Chapter 7
Elsa A Barin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley             Page 1 of 2           Date Rcvd: Apr 01, 2016
                              Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2016.
db           #+Benedicto B Barin,    9401 Kolmar,    Skokie, IL 60076-1321
jdb          #+Elsa A Barin,    9401 Kolmar,    Skokie, IL 60076-1321
20123024       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19935550       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20220006      +Comerica Bank,    Martin J. Wasserman/Carlson Dash, LLC,    216 S. Jefferson St., Suite 504,
                 Chicago, IL 60661-5698
19377423      +FTD,   3113 Woodcreek Dr.,    Downers Grove, IL 60515-5420
19907003      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
20168210       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356701       E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2016 01:25:21     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
19877892       E-mail/Text: mrdiscen@discover.com Apr 02 2016 01:27:36     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20039148       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2016 01:22:52     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19951769      +E-mail/Text: electronicbkydocs@nelnet.net Apr 02 2016 01:29:00
                 Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
19894897      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2016 01:25:25
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20045820      +E-mail/PDF: pa_dc_claims@navient.com Apr 02 2016 01:25:20     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20123025*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2016 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              David H Cutler    on behalf of Debtor 1 Benedicto B Barin cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor 2 Elsa A Barin cutlerfilings@gmail.com
              David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Martin J Wasserman    on behalf of Creditor    Comerica Bank mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Casey    on behalf of Interested Party    Merchandise Mart, L.L.C. timothy.casey@dbr.com,
               andrew.groesch@dbr.com

```
District/off: 0752-1          User: lhuley              Page 2 of 2                Date Rcvd: Apr 01, 2016
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Toni  Townsend    on behalf of Creditor    JPMorgan Chase Bank National Association
        toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com
                                                                       TOTAL: 9

Case 12-34348   Doc 60   Filed 04/01/16   Entered 04/03/16 23:37:18   Desc Imaged
Certificate of Notice   Page 7 of 7