**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-34348-JS |
|---|---|---|
| | § | |
| BENEDICTO B BARIN | § | |
| ELSA A BARIN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $388,531.00 | Assets Exempt: | $331,562.00 |
| Total Distributions to Claimants: | $4,233.19 | Claims Discharged Without Payment: | $213,914.21 |
| Total Expenses of Administration: | $1,766.81 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $10,414.28 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,766.81 | $1,766.81 | $1,766.81 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $377,582.56 | $218,279.20 | $4,233.19 |
| **Total Disbursements** | $0.00 | $389,763.65 | $220,046.01 | $6,000.00 |

4). This case was originally filed under chapter 7 on 08/29/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2016      By:   /s/ David R. Herzog
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Pending 2011 Tax Refund | 1124-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14A | Comerica Bank | 4110-000 | $0.00 | $5,207.14 | $0.00 | $0.00 |
| 16a | Comerica Bank | 4110-000 | $0.00 | $5,207.14 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,414.28** | **$0.00** | **$0.00** |


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| Arthur B. Levine Company | 2300-000 | NA | $7.15 | $7.15 | $7.15 |
| International Sureties | 2300-000 | NA | $15.81 | $15.81 | $15.81 |
| Bank of Texas | 2600-000 | NA | $393.85 | $393.85 | $393.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,766.81** | **$1,766.81** | **$1,766.81** |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $6,551.52 | $6,551.52 | $127.14 |
| 2 | PYOD, LLC its | 7100-000 | $0.00 | $13,235.24 | $13,235.24 | $256.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | successors and assigns as assignee | | | | | |
| 3 | Fifth Third Bank | 7100-000 | $0.00 | $5,430.10 | $5,430.10 | $0.00 |
| 4 | Fifth Third Bank | 7100-000 | $0.00 | $1,362.07 | $1,362.07 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $11,859.84 | $11,859.84 | $230.14 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $17,121.99 | $17,121.99 | $332.26 |
| 7 | Nelnet on behalf of the U.S. Dept. of ED | 7100-000 | $0.00 | $11,105.95 | $11,105.95 | $215.51 |
| 8 | Capital Recovery V, LLC | 7100-000 | $0.00 | $5,785.29 | $5,785.29 | $112.26 |
| 9 | GE Capital Retail Bank | 7100-000 | $0.00 | $235.00 | $235.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; GE Capital Retail Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.56 |
| 10 | Sallie Mae | 7100-000 | $0.00 | $36,571.85 | $36,571.85 | $709.68 |
| 11 | American Express Bank, FSB | 7100-000 | $0.00 | $5,468.29 | $5,468.29 | $106.11 |
| 12 | American Express Bank, FSB | 7100-000 | $0.00 | $41,316.79 | $41,316.79 | $801.76 |
| 13 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $2,011.24 | $2,011.24 | $39.03 |
| 14B | Comerica | 7100-000 | $0.00 | $53,000.00 | $53,000.00 | $1,028.47 |
| 14 | Comerica Bank | 7100-000 | $0.00 | $106,303.36 | $0.00 | $0.00 |
| 15 | FTD | 7100-000 | $0.00 | $7,092.23 | $7,092.23 | $137.63 |
| 16b | Comerica Bank | 7100-000 | $0.00 | $53,000.00 | $0.00 | $0.00 |
| | Clerk of Bankruptcy Court | 7100-000 | $0.00 | $131.80 | $131.80 | $131.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $377,582.56 | $218,279.20 | $4,233.19 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-34348-JS | Trustee Name: | David R. Herzog |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Date Filed (f) or Converted (c): | 08/29/2012 (f) |
| For the Period Ending: | 12/23/2016 | §341(a) Meeting Date: | 10/22/2012 |
| | | Claims Bar Date: | 04/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  9401 Kolmar Skoke, IL 60076. Valued via Zillow on 8/21/2012. | $335,000.00 | $0.00 | | $0.00 | FA |
| 2  01020 N Short Line Wave Inverness Florida. | $14,000.00 | $0.00 | | $0.00 | FA |
| 3  Chase Checking | $200.00 | $0.00 | | $0.00 | FA |
| 4  Chase Savings | $100.00 | $0.00 | | $0.00 | FA |
| 5  Fifth Third Checking Account | $200.00 | $0.00 | | $0.00 | FA |
| 6  Various used household goods and furnishings | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 7  Various used books and family pictures | $50.00 | $50.00 | | $0.00 | FA |
| 8  Various used clothes | $500.00 | $0.00 | | $0.00 | FA |
| 9  Various used costume jewelry and wedding rings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 10 Term Life Insurance Policies. Spouses are beneficiaries of the policies | $0.00 | $0.00 | | $0.00 | FA |
| 11 Chase Traditional IRA | $45,827.00 | $0.00 | | $0.00 | FA |
| 12 Chase IRA | $12,281.00 | $0.00 | | $0.00 | FA |
| 13 Chase IRA | $19,065.00 | $0.00 | | $0.00 | FA |
| 14 Pacific Life IRA | $119,022.00 | $0.00 | | $0.00 | FA |
| 15 Pacific Life IRA | $123,594.00 | $0.00 | | $0.00 | FA |
| 16 Wife is 100% shareholder of EABarin Flowers, Inc. d/b/a Blooms at the Mart. The assets of the corporation are 4 checking accounts no money, 36,207 in inventory and equipment. A complete list of both was completed on 8/20/2012 by the wife. The liabilities of the corporation are as follows: Credit Card Debt 98,266, lease payments remaining 209,823 and a/o debt 8,572. Thus the net value of the corporation is <280,454>. | $0.00 | $0.00 | | $0.00 | FA |
| 17 NBarin Music and Audio Productions, LLC. Husband is the sole shareholder. The assets of the LLC are worth $3,700. There are no liabilities. YTD debtor has not made any income | $3,700.00 | $977.00 | | $0.00 | FA |

Case 12-34348   Doc 71   Filed 01/18/17   Entered 01/18/17 14:19:42   Desc Main
Document      Page 6 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 12-34348-JS | Trustee Name: | David R. Herzog |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Date Filed (f) or Converted (c): | 08/29/2012 (f) |
| For the Period Ending: | 12/23/2016 | §341(a) Meeting Date: | 10/22/2012 |
|  |  | Claims Bar Date: | 04/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18  Pfiezer Stock 140 shares. Price set on 8/28/12 23.99 | $3,355.00 | $0.00 |  | $0.00 | FA |
| 19  Monsanto Stock 34 Shares. Value established via Stock quote 8/28/2012 86.07. | $2,926.00 | $4.00 |  | $0.00 | FA |
| 20  Pending 2011 Tax Refund | $6,000.00 | $6,000.00 |  | $6,000.00 | FA |
| 21  2006 Toyota Sienna XLE. 80,000 miles. Valuation established via KBB on 8/21/2012 | $12,000.00 | $922.00 |  | $0.00 | FA |
| 22  1997 BMW 528I. 150,000 miles. Value established via KBB on 8/21/2012. | $1,773.00 | $0.00 |  | $0.00 | FA |
| 23  2001 Volkswagon Golf. 60,000 miles. Valued via KBB 8/21/12 | $2,000.00 | $2,000.00 |  | $0.00 | FA |
| 24  Paradise Island Time Share Nassu Island. Valuation below came from similar unit sales | $5,000.00 | $5,000.00 |  | $0.00 | FA |
| 25  Cemetary Plots for Debtors located at Memorial Park Cemetery 9900 Gross Point Rd. Skokie IL 60076. Price below is from online listing of a similar plot 8/28/2012. | $15,000.00 | $13,674.00 |  | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $726,093.00 | $33,127.00 |  | $6,000.00 | $0.00 |

**Major Activities affecting case closing:**
07/23/2015  Contact creditors re filing claims; review claims and/or objections; prepare final reports.

**Initial Projected Date Of Final Report (TFR):**  03/31/2016    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID R. HERZOG
                                                                                                                       DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34348-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | | Account Title: | |
| For Period Beginning: | 8/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2012 | (20) | Elsa Barin | Turnover of tax refund | 1124-000 | $6,000.00 | | $6,000.00 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.10 | $5,991.90 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.65 | $5,982.25 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.66 | $5,972.59 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.71 | $5,963.88 |
| 03/28/2013 | 3001 | International Sureties | Bond Payment | 2300-000 | | $10.65 | $5,953.23 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.63 | $5,943.60 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.28 | $5,934.32 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.57 | $5,924.75 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.25 | $5,915.50 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,905.50 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,895.50 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,885.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,875.50 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,865.50 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,855.50 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,845.50 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,835.50 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,825.50 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $5.16 | $5,820.34 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment Reissue Printer Error | 2300-004 | | ($5.16) | $5,825.50 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $5.16 | $5,820.34 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,810.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,800.34 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,790.34 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,780.34 |
| | | | **SUBTOTALS** | | $6,000.00 | $219.66 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34348-JS | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | | | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | | | Account Title: | |
| For Period Beginning: | 8/29/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,770.34 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,760.34 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,750.34 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,740.34 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,730.34 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,720.34 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,710.34 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $4.12 | $5,706.22 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,696.22 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,686.22 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,676.22 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,666.22 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,656.22 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,646.22 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,636.22 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,626.22 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,616.22 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,606.22 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,596.22 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,586.22 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.03 | $5,583.19 |
| 05/31/2016 | 3006 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,350.00 | $4,233.19 |
| 05/31/2016 | 3007 | Discover Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 1; | 7100-000 | | $127.14 | $4,106.05 |
| 05/31/2016 | 3008 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 1.94; Account Number: ; Claim #: 2; | 7100-000 | | $256.84 | $3,849.21 |
| 05/31/2016 | 3009 | Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 3; | 7100-000 | | $105.37 | $3,743.84 |

|  |  |  | SUBTOTALS | | $0.00 | $2,036.50 | |

FORM 2

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2016 | 3010 | Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 4; | 7100-000 | | $26.43 | $3,717.41 |
| 05/31/2016 | 3011 | Capital One Bank (USA), N.A. | Distribution Dividend: 1.94; Account Number: ; Claim #: 5; | 7100-000 | | $230.14 | $3,487.27 |
| 05/31/2016 | 3012 | Capital One Bank (USA), N.A. | Distribution Dividend: 1.94; Account Number: ; Claim #: 6; | 7100-000 | | $332.26 | $3,155.01 |
| 05/31/2016 | 3013 | Nelnet on behalf of the U.S. Dept. of ED | Distribution Dividend: 1.94; Account Number: ; Claim #: 7; | 7100-000 | | $215.51 | $2,939.50 |
| 05/31/2016 | 3014 | Capital Recovery V, LLC | Distribution Dividend: 1.94; Account Number: ; Claim #: 8; | 7100-000 | | $112.26 | $2,827.24 |
| 05/31/2016 | 3015 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.56 | $2,822.68 |
| | | | Claim Amount $(4.56) | 7100-001 | | | $2,822.68 |
| 05/31/2016 | 3016 | Sallie Mae | Distribution Dividend: 1.94; Account Number: ; Claim #: 10; | 7100-000 | | $709.68 | $2,113.00 |
| 05/31/2016 | 3017 | American Express Bank, FSB | Distribution Dividend: 1.94; Account Number: ; Claim #: 11; | 7100-000 | | $106.11 | $2,006.89 |
| 05/31/2016 | 3018 | American Express Bank, FSB | Distribution Dividend: 1.94; Account Number: ; Claim #: 12; | 7100-000 | | $801.76 | $1,205.13 |
| 05/31/2016 | 3019 | eCAST Settlement Corporation, assignee | Distribution Dividend: 1.94; Account Number: ; Claim #: 13; | 7100-000 | | $39.03 | $1,166.10 |
| 05/31/2016 | 3020 | Comerica | Distribution Dividend: 1.94; Account Number: ; Claim #: 14; | 7100-000 | | $1,028.47 | $137.63 |
| 05/31/2016 | 3021 | FTD | Distribution Dividend: 1.94; Account Number: ; Claim #: 15; | 7100-000 | | $137.63 | $0.00 |
| 09/09/2016 | 3015 | STOP PAYMENT: Clerk, US Bankruptcy Court | Small Dividends | 7100-004 | | ($4.56) | $4.56 |
| 09/09/2016 | 3022 | Clerk, US Bankruptcy Court | Small Dividends | 7100-001 | | $4.56 | $0.00 |
| 10/03/2016 | 3009 | STOP PAYMENT: Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 3 -- Reissue to send to proper address per call to creditor | 7100-004 | | ($105.37) | $105.37 |
| | | | **SUBTOTALS** | | $0.00 | $3,638.47 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34348-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BARIN, BENEDICTO B AND BARIN, ELSA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0192 | Checking Acct #: | ******0078 |
| Co-Debtor Taxpayer ID #: | **-***0193 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2016 | 3010 | STOP PAYMENT: Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 4; Reissue to send to proper address per call to creditor | 7100-004 | | ($26.43) | $131.80 |
| 10/03/2016 | 3023 | Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 3 -- Reissue to send to proper address per call to creditor | 7100-000 | | $105.37 | $26.43 |
| 10/03/2016 | 3024 | Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 4; Reissue to send to proper address per call to creditor | 7100-000 | | $26.43 | $0.00 |
| 11/28/2016 | 3023 | STOP PAYMENT: Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 3 -- Reissue to send to proper address per call to creditor | 7100-004 | | ($105.37) | $105.37 |
| 11/28/2016 | 3024 | STOP PAYMENT: Fifth Third Bank | Distribution Dividend: 1.94; Account Number: ; Claim #: 4; Reissue to send to proper address per call to creditor | 7100-004 | | ($26.43) | $131.80 |
| 11/28/2016 | 3025 | Clerk of Bankruptcy Court | Deposit of Unclaimed Funds - Fifth-Third Bank | 7100-000 | | $131.80 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $6,000.00 | $6,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $6,000.00 | $6,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $6,000.00 | $6,000.00 | |

| For the period of 8/29/2012 to 12/23/2016 | | For the entire history of the account between 11/02/2012 to 12/23/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,000.00 | Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 12-34348  Doc 71  Filed 01/18/17  Entered 01/18/17 14:19:42  Desc Main
Document      Page 11 of 11

Page No: 5                                   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 12-34348-JS | **Trustee Name:** | David R. Herzog |
| **Case Name:** | BARIN, BENEDICTO B AND BARIN, ELSA A | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***0192 | **Checking Acct #:** | ******0078 |
| **Co-Debtor Taxpayer ID #:** | **-***0193 | **Account Title:** | |
| **For Period Beginning:** | 8/29/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/23/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,000.00 | $6,000.00 | $0.00 |

**For the period of 8/29/2012 to 12/23/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2012 to 12/23/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG